# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2924
LT Case No. 2024-11469-CIDL

_____

DAVID CHARLES SUSSMAN,

    Appellant,

    v.

DUSTIN M. HAVENS, ASSISTANT
STATE ATTORNEY, SEVENTH
JUDICIAL CIRCUIT, KATHRYN D.
WESTON, CIRCUIT JUDGE,
SEVENTH JUDICIAL CIRCUIT and
DOUGLAS SQUIRE, ASSISTANT
ATTORNEY GENERAL,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

David Charles Sussman, Arcadia, pro se.

James Uthmeier, Attorney General, and William H. Stafford, III,
Special Counsel, Tallahassee, for Appellees, Kathryn D. Weston,
Circuit Judge, Seventh Judicial Circuit and Douglas Squire,
Assistant Attorney General.

R.J. Larizza, State Attorney, and Abraham C. McKinnon,
Assistant State Attorney, Daytona Beach, for Appellee, Dustin M.
Havens, Assistant State Attorney, Seventh Judicial Circuit.

April 28, 2026

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2